FEBRUARY 9, 1953.

No. 5, Original, October Term, 1950. NEW JERSEY *v.* NEW YORK ET AL. The motion of the State of New Jersey for leave to file amended and supplemental answer is granted. The motion of the Commonwealth of Pennsylvania for leave to file amended answer is granted. The motion of the City of Philadelphia for leave to intervene is assigned for argument on Monday, March 9, next, twenty minutes to be allowed each party appearing. *Theodore D. Parsons,* Attorney General, *Robert Peacock,* Deputy Attorney General, and *Kenneth H. Murray* for the State of New Jersey, complainant. *Nathaniel L. Goldstein,* Attorney General, *Wendell P. Brown,* Solicitor General, and *Edward L. Ryan,* Assistant Attorney General, for the State of New York, defendant. *Denis M. Hurley, John P. McGrath, Jeremiah M. Evarts* and *Richard H. Burke* for the City of New York, defendant. *Robert E. Woodside,* Attorney General, *George G. Chandler, Bernard G. Segal, Wm. A. Schnader* and *Harry F. Stambaugh* for the State of Pennsylvania, intervenor. *Abraham L. Freedman* for the City of Philadelphia.

No. 322, Misc. ENDERS *v.* JACQUES, WARDEN, ET AL. Supreme Court of Michigan. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied.

No. 302, Misc. CURTIS *v.* FORMAN, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus or prohibition denied.

No. 333, Misc. ALLEN *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari denied.